# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>  Plaintiff,<br><br>  v.<br><br>YOUSSEE, *et al.*,<br><br>  Defendants. | Case No. 1:21-cv-01450-NONE-BAM (PC)<br><br>ORDER GRANTING MOTION REQUESTING VERIFICATION OF PAYMENT OF FILING FEE<br><br>(ECF No. 13) |

Plaintiff Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 4, 2021, the undersigned issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action. (ECF No. 7.) Plaintiff filed objections on October 20, 2021. (ECF No. 9.) The assigned District Judge adopted the findings and recommendations in full on November 8, 2021, and ordered Plaintiff to pay the $402.00 filing fee in full within twenty-one days to proceed with this action. (ECF No. 12.)

On November 29, 2021, the Court received a $402.00 payment for this action (Receipt #CAE100049549). On December 2, 2021, Plaintiff filed the instant motion requesting verification of full payment of the $402.00 filing fee. (ECF No. 13.)

///

By the instant order, the Court confirms for Plaintiff that the $402.00 filing fee was received in full on November 29, 2021, and Plaintiff will be permitted to proceed in this action. Plaintiff's complaint will be screened in due course.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion requesting verification of full payment of the filing fee for this action, (ECF No. 13), is GRANTED.

IT IS SO ORDERED.

Dated:   **December 6, 2021**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE